**Anthony J. COURI, Appellant,**

v.

**UNITED STATES of America.**

**No. 15803.**

United States Court of Appeals
Eighth Circuit.

May 27, 1957.

Linus J. Hammond, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for lack of prosecution, on motion of appellee.

**Harry L. PAYNE, Petitioner,**

v.

**UNITED STATES of America Railroad Retirement Board.**

**No. 15715.**

United States Court of Appeals
Eighth Circuit.

Feb. 27, 1957.

Wm. Harrison Norton, No. Kansas City, Mo., for petitioner.

Myles F. Gibbons, Chicago, Ill., for respondent.

PER CURIAM.

Petition to Review Order of Railroad Retirement Board dismissed without prejudice, on motion of petitioner.

**UNITED STATES of America, Appellant,**

v.

**Benedict John DAVIS.**

**No. 15764.**

United States Court of Appeals
Eighth Circuit.

May 24, 1957.

Robert Vogel, U. S. Atty., Fargo, N. D., for appellant.

John B. Hart, Rolla, N. D., for appellee.

PER CURIAM.

Appeal from District Court, 148 F. Supp. 478, dismissed, on stipulation of parties.